# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-80017-T/P-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**JANARA COBO,**
    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 46], dated June 18, 2015. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will set by separate notice.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 22nd day of June, 2015.

**copy furnished:**
AUSA William T. Zloch
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge